# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2007

133413 & (15)(16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHERMAN TOWNSHIP,
          Plaintiff-Appellee,

v

JOSEPH A. LEEMREIS AND
LORI M. LEEMREIS,
          Defendants-Appellants.

SC: 133413
COA: 276585
St. Joseph CC: 03-001068-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay of proceedings is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2007

_____
Clerk

p0320